For the reasons shown, the judgment is reversed and the cause remanded.

### FITZGERALD v. STATE.
#### No. 24972.

Court of Criminal Appeals of Texas.
Oct. 11, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction was for the theft of cattle, punishment assessed being five years' confinement in the penitentiary.

Appellant perfected his appeal to this court. He now files his personal affidavit advising that he desires no further to prosecute his appeal, and asking that he be permitted to withdraw the same.

At his request the appeal is dismissed.

### HEARD v. STATE.
#### No. 25062.

Court of Criminal Appeals of Texas.
Oct. 11, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction was for felony theft, punishment assessed at two years' confinement in the penitentiary.

Appellant perfected his appeal to this court. He now files his personal affidavit advising that he does not further desire to prosecute the appeal, but desires to accept the sentence of the court.

At his request, the appeal is dismissed.